UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

D'ANDRE ALEXANDER #731077,

    Plaintiff,                      Case No.  2:16-CV-98

v.                                  HON. GORDON J. QUIST

UNKNOWN KIND and UNKNOWN
HATTAMER,

    Defendants.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

On February 14, 2017, Magistrate Judge Greeley issued a Report and Recommendation recommending that the Court deny Defendants' motion for summary judgment based on Plaintiff's failure to exhaust administrative remedies.  The Report and Recommendation was duly served on the parties BY February 15, 2017.  No objections have been filed pursuant to 28 U.S.C. § 636(b).  Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the February 14, 2017, Report and Recommendation (ECF No. 26) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment Based on Plaintiff's Failure to Exhaust Administrative Remedies (ECF No. 16) is **DENIED**.

Dated:  March 8, 2017                                          /s/ Gordon J. Quist
                                                               GORDON J. QUIST
                                                   UNITED STATES DISTRICT JUDGE