UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

D'ANDRE ALEXANDER #731077,

    Plaintiff,

v.

UNKNOWN KIND and UNKNOWN HATTAMER,

    Defendants.

                              /

Case No.  2:16-CV-98

HON. GORDON J. QUIST

## ORDER ADOPTING REPORT AND RECOMMENDATION

On June 27, 2017, following an evidentiary hearing, Magistrate Judge Greeley issued a Report and Recommendation (R & R) recommending that the Court find that Plaintiff exhausted his available administrative remedies.  The R & R was duly served on the parties on June 27, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b).  Therefore the Court will adopt the R & R.

Therefore,

**IT IS HEREBY ORDERED** that the June 27, 2017, Report and Recommendation (ECF No. 58) is **ADOPTED** as the Opinion of the Court, and the Court finds that Plaintiff properly exhausted his administrative remedies.

Dated: July 27, 2017                                             /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE