UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

D'ANDRE ALEXANDER #731077,

    Plaintiff,

Case No. 2:16-CV-98

v.

HON. GORDON J. QUIST

UNKNOWN KIND and UNKNOWN HATTAMER,

    Defendants.

_____/

**ORDER ADOPTING**
**REPORT AND RECOMMENDATION**

On January 11, 2018, Magistrate Judge Greeley issued a Report and Recommendation (R & R) recommending that the Court deny Defendants' motion for summary judgment. The R & R was duly served on the parties on January 11, 2018. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the R & R.

Therefore,

**IT IS HEREBY ORDERED** that the January 11, 2018, Report and Recommendation (ECF No. 74) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 63) is **DENIED**.

Dated: February 2, 2018                                        /s/ Gordon J. Quist
                                                                      GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE